# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147301

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RAJI J. ZAHER,
        Plaintiff/Counter-Defendant-
        Appellee,

v

SC: 147301
COA: 307394
Genesee CC: 11-096148-CH

MICHAEL J. MIOTKE,
        Defendant/Counter-Plaintiff/
        Third-Party Plaintiff-Appellant,

and

GREGORY L. HOOVER, LINDA M. HOOVER,
LUCY HAM GROUP, INC., LUCY HAM, and
KIMBERLY SIMS,
        Third-Party Defendants.

_____/

      On order of the Court, the application for leave to appeal the March 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923